DJS:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6046-CR-ZLOCH

8 USC 1326(a), (b)(2)
18 USC 1543

MAGISTRATE JUDGE
SELTZER



UNITED STATES OF AMERICA

v.

ORVILLE McTAGGART,
a/k/a Dayne McTaggart,
a/k/a Michael Anderson
_____/

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about January 30, 2000, at Broward County, in the Southern District of Florida, the defendant,

ORVILLE McTAGGART,
a/k/a Dayne McTaggart,
a/k/a Michael Anderson,

an alien, having been previously removed from the United States to Jamaica on or about September 3, 1999, was found in the United States, knowingly and unlawfully, without the Attorney General having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a), (b)(2).



## COUNT 2

On or about January 30, 2000, at Broward County, in the Southern District of Florida, the defendant,

ORVILLE McTAGGART,
a/k/a Dayne McTaggart,
a/k/a Michael Anderson,

did knowingly and willfully use and attempt to use a false and altered passport, that is, a Jamacian passport in the name of Dayne McTaggart with the defendant's photograph substituted for the original photograph, in that the defendant presented said passport to an Inspector of the Immigration and Naturalization Service for entry into the United States; in violation of Title 18, United States Code, Section 1543.

A TRUE BILL

_____
FOREPERSON


_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY


_____
DEBRA J. STUART
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.

ORVILLE MCTAGGART                **CERTIFICATE OF TRIAL ATTORNEY***
_____      **Superseding Case Information:**

**Court Division:** (Select One)

|  |  |  | New Defendant(s)    Yes ___  No ___ |
|---|---|---|---|
| ___ Miami | ___ Key West |  | Number of New Defendants ___ |
| X   FTL | ___ WPB | ___ FTP | Total number of counts ___ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No)  NO
   List language and/or dialect _____

4. This case will take   2   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                   (Check only one)

| I   | 0 to 5 days      | X   | Petty    |     |
|-----|------------------|-----|----------|-----|
| II  | 6 to 10 days     |     | Minor    |     |
| III | 11 to 20 days    |     | Misdem.  |     |
| IV  | 21 to 60 days    |     | Felony   | X   |
| V   | 61 days and over |     |          |     |

6. Has this case been previously filed in this District Court? (Yes or No)   NO
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No)  NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   1/30/00   (INS)
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No    If yes, was it pending in the Central Region? __ Yes __ No

_____
DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A550061

*Penalty Sheet(s) attached                                REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: <u>ORVILLE MC TAGGART</u>   No. _____

Count #1: Illegal Entry After Deportation; in violation of 8:1326(a) and (b)(2)

*Max. Penalty: Twenty (20) years' imprisonment and a $250,000 fine

Count #2: Attempted Use Of Falsified Passport; in violation of 18:1543

*Max. Penalty: Ten (10) years' imprisonment and a $250,000 fine

Count #:

Max. Penalty:

Count #:

Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96