AO 442 (Rev. 12/85) Warrant for Arrest  AUSA STUART/S.A. BROWN-INS

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

ORVILLE McTAGGERT a/k/a Dayne McTaggert,
a/k/a Michael Anderson

TO:  The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6046-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

YOU ARE HEREBY COMMANDED to arrest ___ORVILLE McTAGGERT___
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)   Illegal Entry After Deportation and Attempted Use of Falsified Passport

in violation of Title  8   1326(a) and (b)(2)
               Title 18 United States Code, Section(s) 1005, 513(a) and 1543

CLARENCE MADDOX
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at $ Pretrial Detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

FORT LAUDERDALE, FL — Feb. 24, 2000
Date and Location

by ___BARRY S. SELTZER___
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: ORVILLE McTAGGERT

ALIAS: A/k/a Dayne McTaggert, a/k/a Michael Anderson

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT:                              WEIGHT:

SEX:                                 RACE:

HAIR:                                EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: