UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by ___ D.C.
FEB 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal

UNITED STATES OF AMERICA      )
            Plaintiff         )   Case Number: CR 00-6046-CR-Zloch
                              )   REPORT COMMENCING CRIMINAL
    -vs-                      )        ACTION
                              )
  Orville McTaggart           )
_____)
            Defendant

**************************************************************
TO: Clerk's Office    MIAMI   FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
**************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: _____ am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 8 USC 1326(a) and (b)(2)
                        18 USC 1005, 513(a) and 1343

(4) U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 10/17/68

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint   To be filed/Already filed
    Case# CR 00-6046

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 2/25/00    (9) Arresting Officer: SRI Lear

(10) Agency: INS            (11) Phone: 954.356.7790

(12) Comments: _____