FILED by D.C.

FEB 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6046-CR-Zloch

UNITED STATES OF AMERICA

vs

Orville McTaggert

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 2-25-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/~~retained~~ counsel of record will be noticed for trial by the District Court Judg assigned to this case. The following information is current as of this date

DEFENDANT:  Address: In Custody

Telephone:

DEFENSE COUNSEL: Name: FPD

Address:

Telephone:

BOND SET/CONTINUED: $ Both sides stipulate to a $250,000 Corp. surety w/ a nebbia- reserving right to proceed with PTD hearing at a later date

Bond hearing held: yes____ no _X_  Bond hearing set for_____

Dated this __25__ day of __February__, 20 _00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. _OO-017_

cc: Clerk for Judge
    U. S. Attorney