COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

**ADD ON**

| | | | |
|---|---|---|---|
| DEFT: | Orville McTaggert (J)# | CASE NO: | 00-6046-CR-Zloch |
| AUSA: | Deb Stuart Flanigan | ATTNY: | Darryl Wilcox |
| AGENT: | INS | VIOL: | 8:1326, 18:1005, 513 and 1543 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/**no**     COUNSEL APPOINTED: APD

____ BOND SET @ $250,000 Corp Surety w/Nebbia

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain travel documents. — passports
4) Rpt to PTS as directed for ___ week/month by phone; ___ x's a ___ in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

*FILED D.C. FEB 25 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

No Bond hearing held - Both sides stipulate to a $250,000 Corp Surety Bond, both sides reserving right to PTD hearing at a later date.

√ advised of charges
√ sworn for Counsel

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

No tapes of undercover - but an Administrative tape (audio) of deportation hrg

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | | TIME: | JUDGE |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PREL/ARRAIGN. OR REMOVAL STATUS CONFERENCE: | 3-10-00 | | 11:00 am | Snow |
| DATE: 2-25-00 | TIME: 11:00am | TAPE # 00-017 | PG # 627-1073 | |

LH
8