AO 442 (Rev. 12/85) Warrant for Arrest AUSA STUART/S.A. BROWN-INS

455088

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

ORVILLE McTAGGERT a/k/a Dayne McTaggert,
a/k/a Michael Anderson

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6046-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

YOU ARE HEREBY COMMANDED to arrest   ORVILLE McTAGGERT
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense)   Illegal Entry After Deportation and Attempted Use of Falsified Passport

in violation of Title  8 , 18  United States Code, Section(s)  1326(a) and (b)(2), 1005, 513(a) and 1543

CLARENCE MADDOX
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Bail fixed at $ [Pretrial Detention]

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

FORT LAUDERDALE, FL    Feb. 24, 2000
Date and Location

by [Signature]
UNITED STATES MAGISTRATE JUDGE
BARRY S. SELTZER
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at   Ft. Lauderdale, FL |

| DATE RECEIVED<br>2/24/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>2/25/2000 | FOR: INS | Fred Depompa, SDUSM |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ ORVILLE McTAGGERT _____

ALIAS: _____ A/k/a Dayne McTaggert, a/k/a Michael Anderson _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT:                                         WEIGHT:

SEX:                                            RACE:

HAIR:                                           EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: