UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )  CASE NO. 00-6046-Cr-ZLOCH
)  Magistrate Judge Seltzer
)
v. )
)
)
ORVILLE McTAGGART, )
)
Defendant. )
)  GOVERNMENT'S RESPONSE TO
)  THE STANDING DISCOVERY ORDER

**NIGHT BOX FILED**
MAR - 9 2000
CARLOS JUENKE
CLERK, USDC / SDFL / FTL

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.  1.  The government is unaware of any written or recorded statements made by the defendant(s) except those attached to this response and incorporated herein by reference.

   2.  The government is unaware of any oral statements made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent and which the government intends to use at trial, except as indicated in the attached documents, incorporated herein by reference.

   3.  No defendant testified before the Grand Jury.

   4.  The NCIC record of the defendant is attached.

   5.  Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 E. Broward Blvd., 7th Flr., Fort Lauderdale,



        Florida 33394. Please call the undersigned to set up a date and time that is convenient to both parties. The undersigned will tentatively set the date for Wednesday, March 15, 2000, at 10:00 a.m. Please call the undersigned with 48 hours notice if you intend to review the evidence at this date and time. The complete "A" file for defendant, portions of which may be introduced as evidence, is retained in the custody of the INS and may be reviewed by appointment with Special Agent Mitch Brown who may be contacted at (954) 356-7790.

        The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

6.     There were no physical or mental examinations or scientific tests or experiments made in connection with this case, except as to examination of defendant passport presented in connection with this offense; a report will be furnished to defendants counsel when received by this office from the examiner.

        A report analyzing and comparing the fingerprint sample provided by the defendant following his entry into the U.S. in this case with the fingerprint(s) provided along with the deportation form, is attached.

B.     DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.     The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D.     The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

2

E.     The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F.     No defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

G.     The government has advised its agents and officers involved in this case to preserve all rough notes.

H.     The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

In addition, the government may introduce under Rule 404(b) evidence underlying the defendant's past criminal activity that has resulted in arrests and/or convictions and which is summarized in the attached documents.

I.     The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.     The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.     No contraband is involved in this indictment except for the passport used to commit the offense.

L.     The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.     The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant except as attached and incorporated herein by reference.

   The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

   In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

        Time:    Approximately 8:00 p.m.
        Date:    January 30, 2000
        Place:   Ft. Lauderdale/Hollywood International Airport.

   The attachments to this response are numbered pages 1-96. Please contact the undersigned Assistant United States Attorney if any pages are missing.

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

                    By:       _____
                              DEBRA J. STUART
                              Assistant United States Attorney
                              Court No. A5500061
                              500 E. Broward Blvd.
                              Fort Lauderdale, Fl 33394
                              Tel: (954) 356-7255 Ext. 3597
                              Fax: (954) 356-7336

cc:  Special Agent Brown/INS

4

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered on this 10th day of March, 2000 to: Patrick Hunt, Assistant Federal Public Defender, 101 N.E. 3rd St., Ft. Lauderdale, Fl 33301.

                                          DEBRA J. STUART
                                          Assistant United States Attorney