UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6046-CR-ZLOCH

UNITED STATES OF AMERICA,           :

      Plaintiff,           :

v.                                  :

ORVILLE McTAGGERT,                  :

      Defendant.           :
_____



### STATUS REPORT

     A status conference was held in this cause on March 10, 2000.  At that conference, the parties informed the Court as follows:

     1.  Discovery has been sent out, but not yet received by defense counsel.  Pretrial motions shall be filed on or before March 24, 2000.

     2.  This case may be resolved by way of a plea.

     DATED at Fort Lauderdale, Florida, this 10th day of March, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Deb Stuart (FTL)
AFPD Pat Hunt (FTL)