HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT___ORVILLE McTAGGERT_____ CASE NO:__00-6046-CR-ZLOCH_____

AUSA__DEBRA STUART / Powell_____ ATTY__FPD__Pat Hunt_____

*Disc out - possible plea*
*O[ral] not ready March 24 for motions   00-015 @ 235t*

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____

FILED MAR 10 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____

DATE__3-10-00_____ TIME__9:00_____


16