UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     )    CASE NO.  <u>00-6046-Cr-ZLOCH</u>
                            )    Magistrate Judge Seltzer
                            )
                            )
v.                         )
                            )
ORVILLE McTAGGART,       )
                            )
    Defendant.          )
_____)

GOVERNMENT'S SUPPLEMENTAL
RESPONSE TO STANDING DISCOVERY ORDER

    COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney and provides the enclosed information by way of supplement to its response to the Standing Discovery Order in this cause.

        A6.  The report of physical examination of the passport bearing the name "Dayne Mark McTaggart" is attached.

                             Respectfully submitted,

                             THOMAS E. SCOTT
                             UNITED STATES ATTORNEY

             By:    _____
                             DEBRA J. STUART
                             AssistantUnited StatesAttorney
                             Court No. A5500061
                             500 E. Broward Blvd.
                             Fort Lauderdale, Fl 33394
                             Tel: (954) 356-7255 Ext. 3597
                             Fax: (954) 356-7336

cc:  Special Agents Brown and Lear/INS



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered on this 31st day of March, 2000 to Patrick Hunt, Assistant Federal Public Defender, 101 N.E. 3rd St., Ft. Lauderdale, Fl 33301.

_____
DEBRA J. STUART
Assistant United States Attorney

3



**U.S. Depart** ████████ **e**

Immigration a██████████ on Service
*Intelligence Di*██████
*Forensic Docu*████████ ry

*8000 Westpark D*██████
*McLean, VA  22*██████
*Tel:  (703) 285-1*████ *3) 285-2208*

March 2, 2000

Angela Lear-Hernandez
U.S. Immigration and Naturalization Service
1800 Eller Drive, Suite 402
Ft. Lauderdale, FL 33316
954-356-7790

Reference is made to undated INS laboratory request form.

**EXHIBIT:**

Exhibit 1      Jamaica passport bearing number 1885445 in the na████████ MARK
MCTAGGART, with U.S. Machine Readable Visa (█████████ erial number
02843626 on page 7.

**FINDINGS:**

Physical, microscopic, instrumental and comparative examinations ██████ described
document resulted in the following findings:

**It has been determined that the Exhibit 1 passport has been pho**██████d. This finding
is supported by the fact that the upper half of page 3, which bears the ██████der's
photograph, has been double laminated.

**It has been further determined that the Exhibit 1 MRV has bee**██████d.  This
finding is supported by the fact that the ultraviolet security image ove████████ is
significantly dulled, and vestiges of the █████████