UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6035-Cr-ZLOCH
(46)

UNITED STATES OF AMERICA,       :

        PLAINTIFF,       :

v.       :

ORVILLE McTAGGART       :

        DEFENDANT.       :
_____

## GOVERNMENT'S SPEEDY TRIAL REPORT

Pursuant to Local Rule 88.5, the United States files its Speedy Trial Report.

1. On February 24, 2000, the indictment in the case at bar was filed. Defendant was arrested on these charges on February 25, 2000, and made his initial appearance in Court on that same day. Therefore, the speedy trial clock was triggered on February 25, 2000. 18 U.S.C. 3161(c)(1).

2. Since February 25, 2000, no motions have been filed.



3. As of this date, April 3, 2000, 38 days non-excludable time have elapsed.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By _____
Debra J. Stuart
Assistant United States Attorney
Court No. A5500061
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
Tel: 954-356-7255 ext. 3597
Fax: 954-356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by first-class United States mail, postage pre-paid, April 3, 2000, to Patrick Hunt, Esq., Asst. Federal Public Defender, 101 N.E. 3rd Avenue, Ft. Lauderdale, Fl 33301.

_____
Debra J. Stuart
Assistant United States Attorney