UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
APR 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6046-Cr-Zloch    DATE 4-20-00

CLERK Carolina Newby    REPORTER Carl Schanzlee

PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. ORVILLE McTaggart

U. S. ATTORNEY Debra Stuart    DEFT COUNSEL Patrick Hunt

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 7-7-00 TIME 11:30 FOR Sentencing

MISC Written Plea Agreement

21