FILED by _____ D.C.
JUL 0 7 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6046-CR-Zloch  DATE 7-7-00
CLERK Carline Neesley   REPORTER Carl Schanzle
PROBATION Debra Pratt   INTERPRETER _____

UNITED STATES OF AMERICA v. Orville McTaggart

U. S. ATTORNEY Debra Stuart   DEFT COUNSEL Pat Hunt

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Deft's mtn for downward departure granted - Ct 1 - 24 months custody of BOP - 2 yrs sup rel - $100 assessment - At completion of imprisonment be

JUDGMENT surrendered for deportation proceedings. If deported not reenter w/o prior express permission of A.G. - Non-reporting if deported - Report w/in 72

CASE CONTINUED TO _____  TIME _____  FOR _____
hours if re-entering - FPD appointed
MISC for appeal - Ct recommends facility in New York -

25